FELONY SYNOPSIS            2:20-mj-00106-JCN

| Name: | JOSHUA CORY FRANCIS |
|---|---|
| Address:<br>(City & State Only) | Falmouth, Maine |
| Year of Birth and Age: | 1976, 43 |
| Violations: | COUNT ONE: Federal Program Fraud, in violation of 18 U.S.C. § 666(a)(1)(A).<br>COUNT TWO: Wire Fraud, in violation of 18 U.S.C. § 1343.<br>COUNT THREE: False Personation, in violation of 18 U.S.C. § 912.<br>COUNT FOUR: Theft of Government Money, in violation of 18 U.S.C. § 641. |
| Penalties: | COUNT ONE: Class C felony.  Imprisonment for not more than 10 years (18 U.S.C. § 666(a)(1)), a fine not to exceed $250,000 (18 U.S.C. § 3571(b)(3)), or both.<br>COUNT TWO: Class C felony.  Imprisonment for not more than 20 years and a fine that is the greater of $250,000 or twice the gain or loss.  (18 U.S.C. §§ 1343 and 3571(b)(3) and (d)).<br>COUNT THREE: Class E felony.  Imprisonment for not more than 3 years (18 U.S.C. § 912), a fine not to exceed $250,000 (18 U.S.C. § 3571(b)(3)), or both.<br>COUNT FOUR: Class C felony.  Imprisonment for not more than 10 years (18 U.S.C. § 641), a fine not to exceed $250,000 (18 U.S.C. § 3571(b)(3)), or both. |
| Supervised Release: | COUNTS ONE, TWO AND FOUR: Not more than three years (18 U.S.C. § 3581(b)(3) and 3583(b)(2)).<br>COUNT THREE: Not more than one year (18 U.S.C. §§ 3581(b)(5) and 3583(b)(3)). |
| Maximum Term of Imprisonment for Violation of Supervised Release: | COUNTS ONE, TWO AND FOUR:  Not more than two years (18 U.S.C. § 3581(b)(3) and 3583(e)(3)).<br>COUNT THREE: Not more than one year (18 U.S.C. §§ 3581(b)(5) and 3583(e)(3)). |
| Maximum Add'l Term of Supervised Release for Violation of Supervised Release: | COUNTS ONE, TWO AND FOUR: Three years, less any term of imprisonment imposed (18 U.S.C. § 3583(h)).<br>COUNT THREE: One year, less any term of imprisonment imposed (18 U.S.C. § 3583(h)). |
| Defendant's Attorney: | |

| | |
|---|---|
| Primary Investigative Agency and Case Agent Name: | U.S. Department of Homeland Security, Office of Inspector General DHS-OIG, SA Michael L. Ryan |
| Detention Status: | N/A |
| Foreign National: | No |
| Foreign Consular Notification Provided: | N/A |
| County: | Cumberland |
| AUSA: | Donald E. Clark |
| Guidelines apply?   Y/N | Yes |
| Victim Case: | Yes |
| Corporate Victims Owed Restitution: | No |
| Assessments: | $100 per count. |