# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 2:20-cr-00062-NT |
| ) | |
| JOSHUA CORY FRANCES ) | |

## MOTION TO DISMISS ASSET FROM FORFEITURE ALLEGATION

The United States of America hereby moves to dismiss The *COURAGEOUS*, a 44-foot Mark-I sailing vessel – displaying "44ST8702" on the centerline of its stern from the forfeiture allegation in the Indictment because of its low net equity value and maintenance costs.

Dated: October 20, 2020

HALSEY B. FRANK
United States Attorney

/s/ Donald E. Clark
Donald E. Clark
Assistant United States Attorney
United States Attorney's Office
100 Middle Street
East Tower, 6th Floor
Portland, ME 04101
207-771-3216
Donald.clark@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CERTIFICATE OF SERVICE

I hereby certify that I have caused a copy of the government's GOVERNMENT'S MOTION TO DISMISS ASSET FROM FORFEITURE ALLEGATION to be served upon all counsel of record by ECF.

/s/ Donald E. Clark
Donald E. Clark
Assistant United States Attorney
United States Attorney's Office
100 Middle Street
East Tower, 6th Floor
Portland, ME 04101
207-771-3216
Donald.clark@usdoj.gov