UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 2:20-cr-00062-NT |
| ) | |
| JOSHUA FRANCES ) | |

### DEFENDANT'S UNOPPOSED MOTION TO CONTINUE FROM AUGUST TRIAL LIST AND WAIVER OF SPEEDY TRIAL ACT

NOW COMES Defendant, by and through undersigned counsel, and hereby moves this Court, unopposed, for the entry of an order continuing this case from the August trial list to the September trial list, and states as follows:

1. The above captioned matter is currently on the trial list for August 2021.

2. Investigation in this matter is still ongoing with multiple witnesses still set to be interviewed and additional documents being gathered in support of the defense. Additional time is necessary for the review of those documents before this case is ready to proceed to trial.

3. Counsel for Defendant has contacted AUSA Donald Clark with respect to this extension and he has graciously indicated that he has no objection.

4. Defendant is aware that his attorney has filed a Motion to Continue from the August Trial List. He is aware of his rights under the Speedy Trial Act, 18 U.S.C. §3161 as it applies from indictment to trial and voluntarily waives those time limits by asking the Court to exclude from the Speedy Trial calculations the entire time period of the continuance sought (August 4, 2021 – September 7, 2021).

WHEREFORE, for the foregoing reasons, Defendant respectfully requests this Court enter an order continuing the above captioned matter from the August trial list to the September trial list.

Date:   July 9, 2021

                                              /s/Walter F. McKee
                                              Attorney for Defendant
                                              McKee Law, P.A.
                                              133 State Street
                                              Augusta, ME.  04330
                                              (207) 620-8294
                                              wmckee@mckeelawmaine.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 2:20-cr-00062-NT |
| ) | |
| JOSHUA FRANCES ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2021 I electronically filed Defendant's Unopposed Motion to Continue from August Trial List with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Donald Clark, United States Attorney's Office.

Date: July 9, 2021

/s/Walter F. McKee
WALTER F. MCKEE
McKee Law, P.A.
133 State Street
Augusta, ME.  04330
(207) 620-8294
wmckee@mckeelawmaine.com