UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2:20-cr-00062-NT |
| | ) | |
| JOSHUA FRANCES | ) | |

**DEFENDANT'S MOTION TO CONTINUE FROM OCTOBER TRIAL LIST AND WAIVER OF SPEEDY TRIAL ACT**

NOW COMES Defendant, by and through undersigned counsel, and hereby moves this Court for the entry of an order continuing this case from the October trial list to the November trial list, and states as follows:

1. The above captioned matter is currently on the trial list for October 2021.

2. The only date available for jury selection for the October trial list is October 4, 2021. Counsel for Defendant has a long standing sentencing hearing involving multiple out of state witnesses and the death of the alleged victim. The hearing cannot be continued.

3. Counsel for Defendant has contacted AUSA Donald Clark with respect to this extension and he has indicated the Government takes no position on this motion.

4. Defendant is aware that his attorney has filed a Motion to Continue from the October Trial List. He is aware of his rights under the Speedy Trial Act, 18 U.S.C. §3161 as it applies from indictment to trial and voluntarily waives those time limits by asking the Court to exclude from the Speedy Trial calculations the entire time period of the continuance sought (October 4, 2021 – November 1, 2021).

WHEREFORE, for the foregoing reasons, Defendant respectfully requests this Court enter an order continuing the above captioned matter from the October trial list to the November 2021 trial list.

Date:   September 21, 2021

/s/Walter F. McKee
Attorney for Defendant
McKee Law, P.A.
133 State Street
Augusta, ME.  04330
(207) 620-8294
wmckee@mckeelawmaine.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 2:20-cr-00062-NT |
| ) | |
| JOSHUA FRANCES ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2021 I electronically filed Defendant's Motion to Continue from October Trial List with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Donald Clark, United States Attorney's Office.

Date:  September 21, 2021

/s/Walter F. McKee
WALTER F. MCKEE
McKee Law, P.A.
133 State Street
Augusta, ME.   04330
(207) 620-8294
wmckee@mckeelawmaine.com