## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Crim. No.   2:20-cr-00062-NT** |
| | ) | |
| **JOSHUA CORY FRANCES** | ) | |

### <u>PROSECUTION VERSION</u>

If this case were to proceed to trial, the United States Attorney would prove beyond a reasonable doubt the following facts:

### <u>COUNT ONE</u>
### Federal Program Fraud
### (18 U.S.C. § 666(a))

Between about September 2015 and 2016, in the District of Maine and elsewhere, defendant,

### JOSHUA CORY FRANCES,

being an agent of Maine Task Force One ("MTF1") and Maine Medical Center ("MMC"), organizations receiving more than $10,000 in Federal funds from the Federal Emergency Management Agency in each of the calendar years of 2015 and 2016, embezzled, stole and converted to his own use, property worth more than $5,000 owned by and under the care of MTF1 and MMC, namely a 44-foot sailing vessel named *COURAGEOUS*, a 27-foot boat manufactured by Boston Whaler, two marine outboard engines and about $20,870 paid to transport them to Maine.

Thus, the defendant violated Title 18, United States Code, Section 666(a)(1)(A).

## COUNT TWO
### Wire Fraud
### (18 U.S.C. § 1343)

Between about September 2015 and August 2016, in the District of Maine and elsewhere, defendant,

### JOSHUA CORY FRANCES,

devised a scheme for obtaining property by means of materially false and fraudulent pretenses, representations, and promises, namely, the defendant falsely represented himself to be an employee of the U.S. Department of Homeland Security ("DHS") and a member of law enforcement to the Defense Logistics Agency and others, in order to obtain equipment, including, but not limited to, a 44-foot sailing vessel named *COURAGEOUS*, a 27-foot boat manufactured by Boston Whaler, and two marine outboard engines, and for the purpose of executing the scheme, he transmitted and caused to be transmitted by means of wire communications in interstate commerce, emails using his LEO.gov account containing those false representations and credit card payments:

| Count | Approximate Date | Description |
|-------|------------------|-------------|
| 2 | 9/28/2015 | Email to U.S. Naval Academy regarding transfer of Courageous |

Thus, the defendant violated Title 18, United States Code, Section 1343.

The evidence would show that from about 2006 through August 2016, the defendant, was employed as the Director of Emergency Preparedness by Maine Medical Center ("MMC"), in Portland, ME. MMC is a hospital component of MaineHealth, an integrated healthcare system. During that period, MMC sponsored Maine Task Force One ("MTF1"). From about 2006 to 2012, Frances was MTF1's Deputy Commander; from about 2012 through August 2016, the defendant was MTF1's Commander. MTF1 was a component of a national program funded

2

through monies derived from the Federal Emergency Management Agency ("FEMA"). MTF1 was overseen by the Maine Emergency Management Agency ("MEMA").

MMC's sponsorship of MTF1 served, among other things, as a vehicle for FEMA to fund MTF1 through MEMA and MMC.   MMC received the following funds from FEMA, through MEMA, for MTF1: (a) on about November 13, 2015, MEMA provided MMC about $56,875.05; and (b) on about June 20, 2016, MEMA provided MMC about $71,750.30. In addition to FEMA funding, as the largest hospital in Maine, MMC received significant, additional funding from other federal entities well exceeding $10,000 in calendar years 2015 and 2016.

The purpose of MTF1 – comprised primarily of physician assistants and emergency medical technicians – was to augment emergency medical service personnel for specific events in Maine and Northern New England. For example, MTF1 established aid stations during air shows and for the annual "Lobster Dip," held at Old Orchard Beach, ME, on New Year's Day. Frances' training and experience was in the areas of public health, bioterrorism, and emergency preparedness. MTF1 was a state asset deployed, when needed, by the Maine Governor.

MTF1 members are not U.S. Department of Homeland Security ("DHS") employees and are not issued DHS identification, credentials, or email accounts. MTF1 is not a law enforcement agency and its members have no law enforcement authorities. MTF1 did not have a role with the U.S. Military, could not be "imbedded" with military units, and did not have any reason to deploy outside of the United States.

Law Enforcement Online ("LEO") was a global virtual private network provided by the FBI to all levels of the law enforcement, criminal justice, and public safety communities and was an "anytime and anywhere" system for secure dissemination of Sensitive but Unclassified/ Controlled Unclassified Information. The LEO system provided its members, free of charge, a

secure internet-based communications network. Accordingly, LEO was used to support investigative operations, send notifications and alerts, and provide an avenue to remotely access a wide variety of law enforcement and intelligence systems and resources. Subsequently, LEO became known as the Law Enforcement Enterprise Portal ("LEEP").

LEO/LEEP offered approved users email accounts at LEO.gov.   In about January 2008, Frances applied for LEO access by completing and signing a LEO User Application and an FBI Information Technology and Information Systems Rules of Behavior for General User Agreement Form ("FD-889").   In his FD-889, FRANCES provided the following false identifying information italicized below:

      a.    Title/Position: "Deputy Commander, *US Dept of Homeland Security*, METF1"

      b.    Agency: "*U.S. DEPT OF HOMELAND SECURITY*, MMRS".

      c.    Agency Jurisdiction: *Federal*.

      d.    Agency Type: *First Responder and Government/Other*.

      e.    Specify Government/Other: "*WMD Task Force Command*."

As a result of his FD-889 application, Frances was given LEO/LEEP access and issued the following email account: JOSHUA.FRANCES@LEO.GOV.

In 2014, Frances, falsely claiming to be a DHS employee, acquired a 2014 Land Rover Defender and national security exemptions from the U.S. Department of Transportation ("USDOT") and the U.S. Environmental Protection Agency ("EPA") to import the vehicle. In about 2014 – using his LEO.gov email account – Frances contacted a Land Rover dealership in Vermont that had experience in government sales and claimed to be purchasing vehicles for "his

4

outfit," after having talked to his "commanders," and was interested in a non-military Humvee vehicle for service in the Northeast and Southwest United States.

During the negotiation, Frances told the dealership owner that "he was with a Homeland Security chemical weapons medical unit."   In May 2014, the dealership sold Frances a 2014 Land Rover Defender for $50,000.   Frances took possession of the vehicle in June 2014.

The Defense Logistics Agency's ("DLA") Law Enforcement Support Office ("LESO") administers a program authorized by the National Defense Authorization Act for Fiscal Year 1997 that allows excess Department of Defense ("DOD") property and equipment that might otherwise be destroyed to be transferred to law enforcement agencies in the United States and its territories. DLA defines law enforcement activities as those pertaining to "[g]overnment agencies whose *primary* function is the enforcement of applicable Federal, State, local laws, and whose compensated law enforcement officers have powers of arrest and apprehension."   In about October 2015, based on false representations made by Frances including that MTF1 was a law enforcement agency, DLA approved MTF1's participation in the LESO program.

On about September 29, 2015, and through his false representations to DLA, Frances acquired two 150 horsepower Mercury Marine outboard engines, bearing serial numbers: OT908394 and OT908397 from the DLA.

On about October 28, 2015, and through his false representations to DLA, Frances acquired a 27-foot Boston Whaler motorboat, model: "2002 BW EW 270OR 270 OUTRAGE" and bearing hull identification number: BWCE2508C202.

On June 1, 2019, during a recorded interview with a DHS special agent, Frances admitted to then having personal possession of the Boston Whaler boat and two engines that MTF1 had

procured from the DLA and that he was using them to support his personal business, Waypoint Provisions.

On about September 28, 2015, Frances, using his LEO.gov account, wrote an email, with the subject "Navy 44 Transfer to DHS" to an officer associated with the U.S. Naval Academy's sailing program:

> Good morning- my name is CDR Joshua Frances, I run the *specops team for US Department of Homeland Security* in Portland Maine. We are primarily a *weapons of mass destruction/hardous (sic) materials unit*. We are excited that through the DoD federal property reutilization and donation program we are taking transfer of 1 Navy 44MKI sailboat for MWR next week.

On about October 28, 2015, and through his false representations to DLA, Frances acquired the *COURAGEOUS*, a 44-foot Mark-I sailing vessel that had been previously used by the U.S. Naval Academy and the Naval Officers' Reserve Training Corps at the University of California, Berkeley, CA.

On June 1, 2019, during the recorded interview with the DHS special agent, Frances admitted to then having personal possession of the sailing vessel that MTF1 had procured from the DLA.   When asked what funds were used to transport the vessel from California to Maine, Frances initially said: "I used my funds," but later admitted that MMC funds were used to transport the vessel.   According to MMC records, on February 19, 2016, MMC paid $14,042 (check # 7259240) to GJ Towing, a company located in Revere, MA, to transport the *COURAGEOUS,* at Frances' direction, from a marina in Richmond, CA, to Yarmouth, ME, in February 2016.

As of November 2017, open source internet inquiries revealed that Frances had posted an advertisement that offered lodging aboard a sailing yacht moored in Falmouth, ME, for $225 per

6

night.   During the recorded interview, Frances admitted that he sought to rent the

*COURAGEOUS* via Airbnb, an online company that serves as a marketplace for lodging.   As of

June 8, 2020, the *COURAGEOUS* was located at the Royal River Boat Yard, in Yarmouth, ME

in the defendant's possession, custody and control.

The combined value of the Boston Whaler motorboat, the two 150 horsepower outboard

engines, and the *COURAGEOUS* was more than $5,000.


DATED: October 15, 2021

Donald E. Clark
Assistant United States Attorney