UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 2:20-cr-00062-NT |
| ) | |
| JOSHUA FRANCES ) | |

## MOTION TO WITHDRAW SENTENCING EXHIBITS

NOW COMES Defendant, by and through undersigned counsel, and hereby moves this Court to allow for the withdrawal of sentencing exhibits 1-12, and states as follows.

1. On August 8, 2022 exhibits 1-12 were filed with this Court in advance of sentencing set for August 16, 2022.

2. On August 12, 2022 correspondence was sent to this Court requesting that the exhibits be withdrawn.

3. Defendant requests that this Court grant this Motion to allow for withdraw of the exhibits.

WHEREFORE, for the foregoing reasons, Defendant respectfully requests that this Court grant this Motion and allow the sentencing exhibits to be withdrawn.

Date:  August 15, 2022

/s/Walter F. McKee
Attorney for Defendant
McKee Law, P.A.
133 State Street
Augusta, ME.  04330
(207) 620-8294
wmckee@mckeelawmaine.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 2:20-cr-00062-NT |
| ) | |
| JOSHUA FRANCES ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2022, I electronically filed Defendant's Motion to Withdraw Sentencing Exhibits with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Donald Clark, United States Attorney's Office.

Date: August 15, 2022

/s/Walter F. McKee
WALTER F. MCKEE
McKee Law, P.A.
133 State Street
Augusta, ME.  04330
(207) 620-8294
wmckee@mckeelawmaine.com

2