UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No.  2:20-cr-00062-NT |
| ) | |
| JOSHUA FRANCES ) | |

## MOTION TO WITHDRAW AS COUNSEL AND TO CONTINUE SENTENCING
### (Local Rule 83.2)

NOW COMES Walter McKee, counsel for Defendant, and hereby moves for permission to withdraw in the above captioned matter, and states as follows.

1. I am counsel for Defendant.

2. Based on information concerning the facts and circumstances of this matter I am compelled to withdraw as counsel for Defendant.

3. If the court orders that a conference must be held prior to the granting of this Motion, I am requesting that any such conference be held ex parte, and that any information requested in that conference be limited to general issues, sans specificity, giving rise to the compulsory withdrawal.

4. If I am permitted to withdraw as counsel then Defendant will need to retain new counsel or apply for court appointed counsel. Defendant will require additional time to prepare for sentencing with any new counsel.

WHEREFORE, for the foregoing reasons, Walter McKee respectfully requests permission to withdraw in the above-docketed matter and if granted further requests that this matter be continued to another date.

Date:  August 15, 2022

/s/Walter F. McKee
Attorney for Defendant
McKee Law, P.A.
133 State Street
Augusta, ME.  04330
(207) 620-8294
*wmckee@mckeelawmaine.com*

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.     ) | Case No.  2:20-cr-00062-NT |
| ) | |
| JOSHUA FRANCES   ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 15, 2022, I electronically filed Defendant's Motion to Withdraw and Continue Sentencing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:  Donald Clark, United States Attorney's Office.

Date:  August 15, 2022

                              /s/Walter F. McKee
                              WALTER F. MCKEE
                              McKee Law, P.A.
                              133 State Street
                              Augusta, ME.   04330
                              (207) 620-8294
                              *wmckee@mckeelawmaine.com*